BRUCE Y. MONTGOMERY
No: 1902424
McCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE TEXAS 78102

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 30 2015

CHRISTOPHER A. PRINE
CLERK



APRIL 28, 2015

TO: CLERK COURT OF APPEALS FIRST DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002-2066

RE: STATES APPEALLANT BRIEF! APPEAL ON MOTION TO DETERMINE
ADMISSIBILITY OF EVIDENCE AND CREDIBILITY OF CONFIDENTIAL
INFORMANT APPEAL NO: 01-12-00974-CR

DEAR CLERK

I WOULD LIKE TO FIRST ACKNOWLEDGE TO YOU THAT I
AM VERY GRATEFUL AND APPRECIATIVE FOR YOUR PATIENCE
AND ASSISTANCE. AT THIS TIME I WOULD LIKE TO RESPECTFULLY
REQUEST THAT YOU WOULD ASSIST ME IN OBTAINING A
COPY OF THE "STATES APPEALLANT BRIEF IN CAUSE NO: 01-12-00974-
CR. I WROTE TO THE DISTRICT CLERK FOR THESE RECORDS
I WAS INFORMED THAT THEY WERE ELECTRONICALLY SENT TO
THE FIRST COURT OF APPEALS.

YOUR ASSISTANCE IS APPRECIATED.

RESPECTFULLY SUBMITTED

BRUCE H. MONTGOMERY
No: 1902424
MCCONNELL UNIT
3001 S. EMILY DR.
BEEVILLE, TEXAS 78102

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 3 0 2015

CHRISTOPHER A. PRINE
CLERK

LEGAL MAIL:

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
28 APR 2015 PM 2 L

TO: CLERK COURT OF APPEALS FIRST DISTRICT
301 FANNIN, STREET
HOUSTON TEXAS 77002-2066

7700220B699